IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR367 |
| v. | |
| TIMOTHY HICKMAN-SMITH, | CERTIFICATION OF LOST EXHIBIT |
| Defendant. | |

This matter is before the court upon notification from the Clerk of Court that Exhibit 103, from the hearing held on December 11, 2014, cannot be located. Exhibit 103 is a photo of the front of defendant's vehicle. The Clerk's employees have searched diligently and extensively for this exhibit to no avail. They have likewise contacted Assistant United States Attorney Thomas Kangior and defendant's counsel at the hearing, J. William Gallup regarding whether they have a copy of that exhibit, and neither have a copy. After a follow-up call to the Eighth Circuit, at this time they only need exhibits 6 and 7 from the December 11, 2014 hearing. Accordingly, the court certifies that Exhibit 103 from the hearing held on December 11, 2014, is missing and unavailable.

SO ORDERED.

Dated this 7th day of November, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge