IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR367 |
| vs. | |
| TIMOTHY HICKMAN-SMITH, | ORDER |
| Defendant. | |

This matter is before the Court on its own motion. Defendant has filed a motion for compassionate release, Filing No. 121. The Court ordered the probation office to conduct an investigation and file a report, Filing No. 125, and the probation officer has filed the same. Filing No. 130. The Court hereby orders the government to file a response to the motion for compassionate release.

THEREFORE, IT IS ORDERED THAT the government is hereby ordered to file a response to the motion for compassionate release, Filing No. 121, within seven days of the date of this Order.

Dated this 19th day of August, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge